IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION,          ) | |
| )  | |
| Plaintiff,          ) | C.A. No. 10-734-BMS |
| )  | |
| v.          ) | |
| )  | |
| SONY CORPORATION, SONY CORPORATION     ) | |
| OF AMERICA, SONY ELECTRONICS INC.,          ) | |
| )  | |
| Defendants.          ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John R. Emerson, Theodore G. Baroody, and Donald E. Tiller to represent the plaintiff in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, a check in the amount of $75.00 is included to cover the annual fees for the attorneys listed above

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff,*
*L-3 Communications Corporation*

Dated: December 15, 2010

{00467380;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 10-734-BMS |
| | ) | |
| v. | ) | |
| | ) | |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2010, the Court having considered the motion for the admission *pro hac vice* of John R. Emerson, Theodore G. Baroody, and Donald E. Tiller to represent the plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{00467380;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

John R. Emerson
Haynes and Boone, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5000

Dated: December 15, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Theodore G. Baroody
Haynes and Boone, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5000

Dated: December 15, 2010

{00467380;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Donald E. Tiller
Haynes and Boone, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5000

Dated: December 15, 2010

{00467380;v1}