**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>SONY CORPORATION, SONY ELECTRONICS INC., and SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.,<br><br>         Defendants. | C.A. No. 10-734-BMS |

**L-3 COMMUNICATIONS CORPORATION'S ANSWER TO
SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.'S
COUNTERCLAIMS**

Plaintiff L-3 Communications Corporation ("L-3") files its Answer to the Counterclaims asserted by Defendant Sony Ericsson Mobile Communications (USA) Inc. ("Sony Ericsson") in Sony Ericsson's Answer and Counterclaims filed September 20, 2011 (D.I. 47) and responds to the numbered paragraphs of the Counterclaims as follows:

**I.     THE PARTIES**

1. Admitted, on information and belief.

2. Admitted.

**II.     JURISDICTION AND VENUE**

3. Admitted.

4. Admitted.

5. Admitted.

### III. FIRST COUNTERCLAIM

**Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,452,004**

6. No response is required to any allegations in Paragraphs 1-30 of Sony Ericsson's Answer to L-3's First Amended Complaint; to the extent that a response is required, L-3 denies the allegations. L-3 incorporates its responses to Paragraphs 1–5 of Sony Ericsson's Counterclaims.

7. Denied.

### IV. SECOND COUNTERCLAIM

**Declaratory Judgment of Invalidity of U.S. Patent No. 5,452,004**

8. No response is required to any allegations in Paragraphs 1-30 of Sony Ericsson's Answer to L-3's First Amended Complaint; to the extent that a response is required, L-3 denies the allegations. L-3 incorporates its responses to Paragraphs 1–5 of Sony Ericsson's Counterclaims.

9. Denied.

### V. THIRD COUNTERCLAIM

**Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,541,654**

10. No response is required to any allegations in Paragraphs 1-30 of Sony Ericsson's Answer to L-3's First Amended Complaint; to the extent that a response is required, L-3 denies the allegations. L-3 incorporates its responses to Paragraphs 1–5 of Sony Ericsson's Counterclaims.

11. Denied.

## VI.   FOURTH COUNTERCLAIM

**Declaratory Judgment of Invalidity of U.S. Patent No. 5,541,654**

12.   No response is required to any allegations in Paragraphs 1-30 of Sony Ericsson's Answer to L-3's First Amended Complaint; to the extent that a response is required, L-3 denies the allegations. L-3 incorporates its responses to Paragraphs 1–5 of Sony Ericsson's Counterclaims.

13.   Denied.

## PRAYER FOR RELIEF

L-3 denies that Sony Ericsson is entitled to any relief whatsoever.

| | |
|---|---|
| October 14, 2011 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Richard. D. Kirk* |
| | Richard D. Kirk (#0922) |
| John R. Emerson | Stephen B. Brauerman (#4952) |
| Theodore G. Baroody | 222 Delaware Avenue, Suite 900 |
| Donald E. Tiller | Wilmington, DE 19801 |
| Travis E. DeArman | rkirk@bayardlaw.com |
| Haynes and Boone, LLP | sbrauerman@bayardlaw.com |
| 2323 Victory Avenue, Suite 700 | |
| Dallas, TX 75219 | *Attorneys for Plaintiff and Counterclaim-* |
| russ.emerson@haynesboone.com | *Defendant L-3 Communications Corporation* |
| ted.baroody@haynesboone.com | |
| don.tiller@haynesboone.com | |
| travis.dearman@haynesboone.com | |