IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-734-RGA |
| SONY CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

Upon consideration of D.I. 106 & 107, this 30th day of November 2012, IT IS HEREBY ORDERED that:

1. The case is bifurcated.

2. The trial on October 28, 2013, will include all infringement and invalidity issues, as well as willfulness. It will not include damages. Damages discovery, if needed, would take place following the October trial.

/s/ Richard G. Andrews
United States District Judge