IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 10-734-RGA |
| SONY CORPORATION, SONY ELECTRONICS INC., and SONY MOBILE COMMUNICATIONS (USA) INC., : | |
| Defendants. : | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Defendants' Motion for Summary Judgment (D.I. 111) **IS GRANTED**.[1] Entered this 19th day of September, 2013.

_____
United States District Judge

---

[1] Defendant's Motion for Leave to File Excerpts, etc. (D.I. 187) is therefore **DISMISSED AS MOOT**.